# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN LASHAUN WEBSTER, | Case No. CV 12-656 ODW (MRW) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the original Report to which Plaintiff previously objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the Complaint against defendants Ramirez, Carney, Livesay, Plasencia, and the Los Angeles County District Attorney's Office with prejudice. IT IS FURTHER ORDERED that the action be stayed as to the remaining parties and claims. Pursuant to the Notice of

1  Reference, the Magistrate Judge may separately issue an appropriate case
2  management order regarding this action.

5  DATE: June 7, 2012              _____
                                   HON. OTIS D. WRIGHT II
                                   UNITED STATES DISTRICT JUDGE