# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DERWIN LASHAUN WEBSTER,

          Plaintiff,

    vs.

COUNTY OF LOS ANGELES, et al.,

          Defendants.

Case No. CV 12-656 ODW (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed against defendants Ramirez, Carney, Livesay, Plasencia, and the Los Angeles County District Attorney's Office with prejudice.

DATE: June 7, 2012

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE