UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-656 ODW (MRW) | Date | September 5, 2012 |
|---|---|---|---|
| Title | Webster v. County of Los Angeles | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

     In June 2012, the Court stayed this civil action pending the completion of the state criminal action against Plaintiff.  (Docket # 21.)  The Court ordered Plaintiff to file periodic status reports beginning on July 1, 2012, and continuing on the first business day of every other month after that informing the Court about the status of his state court case and the relevant case numbers.  (Docket # 23.)  Additionally, the Court instructed Plaintiff to file a notice with the Court within 10 days of any potentially dispositive action (dismissal order, trial verdict, plea, etc.) in the criminal case for the Court's consideration.  The Court specifically informed Plaintiff that the "failure to file timely reports as required by the order may result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b)."  (Id.)

     To date, Plaintiff has failed to comply with the Court's order.  Plaintiff did not file the initial status report on July 1.  He also failed to file a report at the beginning of September.  Moreover, he did not inform the Court that his state drug trafficking case went to trial and led to his conviction.  The Court learned of this information from the District Attorney's Office as a result of a filing in Plaintiff's habeas action.

     It is ORDERED that Plaintiff show cause why this civil action should not be dismissed for failure to obey court orders.  Plaintiff must submit a declaration (not to exceed 5 pages) explaining his failure to file the required orders and informing the Court about the status of his criminal case by or before September 21, 2012.