UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-656 ODW (MRW) | Date | April 1, 2016 |
|---|---|---|---|
| Title | Webster v. Baca | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:**    ORDER TO SHOW CAUSE RE: DISMISSAL

This is a civil rights action. The Court stayed the action pursuant to Heck and Wallace pending the resolution of Plaintiff's state criminal action. One condition of the stay was that Plaintiff was required to periodically update the Court with the status of his long-running criminal case.

Plaintiff has faithfully done so. Every two months or so, Plaintiff files a report indicating that the appeals process (he was convicted of drug trafficking charges in 2012) is continuing. See, e.g., Docket # 55 (January 2016 report).

However, the Court's top-notch staff recently observed that the state appellate court affirmed Plaintiff's conviction in 2014. People v. Webster, 2014 WL 2814856 (Cal. App. 2014). Further, there is no record on the state supreme court's publicly-available online database to indicate that Plaintiff ever sought supreme court review for his conviction. As a result, it appears that state court proceedings on Plaintiff's criminal case are over.

The Court therefore ORDERS Plaintiff to show cause why the stay should not be lifted and the case dismissed or ordered to proceed. Plaintiff may respond to this order by submitting a detailed and accurate statement of the precise status of his criminal case and appeal. A mere general statement that "the process [ ] is still ongoing at this time" (Docket # 55 at 1) will not suffice. Plaintiff's statement will be due by no later than April 22 and will not exceed 5 pages.